FILED
CLERK, U.S. DISTRICT COURT

January 15, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRFREIGHT.COM, a Delaware corporation,<br><br>         Plaintiff,<br><br>vs.<br><br><br>TIMOTHY MERRICK, an individual and doing business as World Service Bulletins; JUSTIN PEROLI, an individual; JOETTE PEROLI, an individual; GROUND AIR EXPEDITE LOGISTICS, LLC, an Ohio limited liability company; ARI GOLDSTEIN, an individual; NIMAX CONSULTING LLC, an Ohio limited liability company; and DOES 1-30, inclusive,<br><br>         Defendants. | Case No.: 8:20-cv-00066-SB-JDE<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on January 14, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on March 19, 2021 at 8:30 a.m.  If the parties file a proposed order to dismiss the entire action with prejudice by March 12, 2021, the OSC shall be taken off calendar without further notice.

Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

    IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: January 15, 2021



_____
Stanley Blumenfeld, Jr.
United States District Judge