FILED
CLERK, U.S. DISTRICT COURT

April 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRFREIGHT.COM, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br>　v.<br>TIMOTHY MERRICK, an individual and doing business as World Service Bulletins; JUSTIN PEROLI, an individual; JOETTE PEROLI, an individual; GROUND AIR EXPEDITE LOGISTICS, LLC, an Ohio limited liability company; ARI GOLDSTEIN, an individual; NIMAX CONSULTING LLC, an Ohio limited liability company; and DOES 1-30, inclusive,<br><br>　　　　　　　Defendants. | Case No. 8:20-cv-00066-SB-JDE<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P RULE 41(a)(2) WITH COURT RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT** |
| AND RELATED COUNTERCLAIM | |

# ORDER

Upon review of the Parties' Stipulation for Voluntary Dismissal of all Claims with Prejudice pursuant to F.R.C.P Rule 41(a)(2) with Court Retaining Jurisdiction over Settlement Agreement (the "Stipulation"), and for good cause appearing therefore, it is hereby ordered that:

1. With the consent of all Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement; and

2. The entire Action is dismissed with prejudice. Each party shall bear its or his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 2, 2021

HON. STANLEY BLUMENFELD, JR.
United States District Judge